1 Daniel L. Barton, SBN 135806
NOLAN, ARMSTRONG & BARTON, LLP
2 600 University Avenue
Palo Alto, California 94301
3 650/326-2980 – Telephone
650/326-9704 – Facsimile
4 dbarton@nablaw.com

5 Attorney for Defendant Juan Garza, Jr.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 12-00338 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT JUAN GARZA, JR.** |
| vs. | |
| JUAN GARZA, JR., | Before the Honorable Judge Edward J. Davila |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Ann Marie Ursini, and defendant Juan Garza, Jr., through undersigned counsel, Daniel L. Barton, that the sentencing date for Mr. Garza, presently set for November 5, 2012, at 1:30 p.m. be continued to Monday, January 14, 2013, at 1:30 p.m.

   The request for a continuance is in order to provide additional time for the United States Probation Office to prepare a presentence report and to provide ample time for defendant and the government to comment on the report.

   Special Assistant United States Attorney Ann Marie Ursini and United States Probation Officer Benjamin Flores do not object to the continuance and have agreed to the January 14, 2013 date.

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING – *U.S. v. Garza*, CR 12-00338 EJD

IT IS SO STIPULATED:

Dated: November 1, 2012                     NOLAN, ARMSTRONG & BARTON, LLP

                                                            /s/
                                            _____
                                            DANIEL L. BARTON
                                            Attorney for Defendant Juan Garza, Jr.


Dated: November 1, 2012                                     /s/
                                            _____
                                            ANN MARIE URSINI
                                            Special Assistant United States Attorney


## **ATTESTATION PER GENERAL ORDER 45**

I, Daniel L. Barton, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Special Assistant U.S. Attorney Ann Marie Ursini has concurred with this filing.

1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,          Case No.: CR 12-00338 EJD
12 |              Plaintiff,
13 |     vs.                            [PROPOSED] ORDER TO CONTINUE
                                        SENTENCING DATE FOR DEFENDANT
14 | JUAN GARZA, JR.,                   JUAN GARZA, JR.
15 |              Defendant.
16

17
        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing hearing in
18
this matter now scheduled for Monday, November 5, 2012, is hereby rescheduled for Monday,
19
January 14, 2013 at 1:30 p.m.
20

21
Dated: November _2_, 2012                    _____
22                                           HON. EDWARD J. DAVILA
                                             United States District Court Judge
23
24
25
26
27
28