1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST  (CABN 99493)
   Assistant United States Attorney
5  ANN MARIE E. URSINI (CABN 269131)
   Special Assistant U.S. Attorney
6
       150 Almaden Boulevard, Suite 900
7      San Jose, CA 95113
       Telephone: (408) 535-5061
8      Fax:  (408) 535-5066
       E-Mail: tom.colthurst@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,        )    No. 12-CR-00338-EJD
                                    )
16     Plaintiff,                   )
                                    )    STIPULATION AND [PROPOSED]
17     v.                           )    ORDER CONTINUING HEARING DATE
                                    )
18 JUAN GARZA,                      )
                                    )
19     Defendant.                   )
                                    )
20

21

22      The defendant JUAN GARZA, represented by Daniel L. Barton, Esq., and the

23 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

24 request that the sentencing hearing currently scheduled for January 14, 2013, be continued to

25 January 28, 2013.

26      No other defendants are affected by this request.  The Probation Officer has been

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER
Case No. 12-CR-00338-EJD

1 | consulted and agrees with the proposed new date.

2 | SO STIPULATED:

4 | Dated: December 28, 2012         /S/
                                    Thomas A. Colthurst
5 |                                 Assistant United States Attorney

7 | Dated: December 28, 2012         /S/
                                    Daniel L. Barton, Esq.
8 |                                 Counsel for Defendant JUAN GARZA

10 | Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. JUAN GARZA*, scheduled for January 14, 2013, is continued to January 28, 2013, at 1:30 p.m.

15 | DATED: 1/3/2013                 [signature]
                                    THE HONORABLE EDWARD J. DAVILA
                                    United States District Judge